1042

[No. 14269-8-III.    Division Three.    July 23, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN
ERIC EAKLE, *Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 94-8-00761-7, Ellen Clark, Commissioner, entered August 5, 1994. *Reversed* by unpublished
opinion per Thompson, J., concurred in by Sweeney, C.J.,
and Schultheis, J.

[No. 14547-6-III.    Division Three.    July 23, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS
EARL FELIX, *Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 94-8-01190-8, Royce Moe, Commissioner, entered December 9, 1994. *Reversed* by unpublished
opinion per Thompson, J., concurred in by Sweeney, C.J.,
and Schultheis, J.

[No. 14750-9-III.    Division Three.    July 23, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY
K. BRADFORD, *Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 94-8-01452-4, Royce Moe, Commissioner, entered February 10, 1995. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Schultheis, A.C.J., and Munson, J.

[No. 13315-0-III.    Division Three.    July 25, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. TERESA L.
HEYEN, *Appellant*.

Appeal from a judgment of the Superior Court for
Chelan County, No. 92-1-00117-0, Carol A. Wardell, J.,
entered May 19, 1993. *Affirmed* by unpublished opinion
per Schultheis, J., concurred in by Sweeney, C.J., and
Munson, J.